# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re:  
    RICKY G. KEISTER

Debtor(s)

Case No. 19-71135-PBR

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Christopher Micale, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>08/23/2019</u>.

2) The plan was confirmed on <u>10/08/2019</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA</u>.

5) The case was converted on <u>01/13/2021</u>.

6) Number of months from filing to last payment: <u>13</u>.

7) Number of months case was pending: <u>17</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>$49,196.81</u>.

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,500.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$8,500.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,218.31 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $655.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,873.31** |

Attorney fees paid and disclosed by debtor:    $900.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE AUTO | Secured | 27,454.71 | 26,877.18 | 26,877.18 | 1,453.65 | 1,794.21 |
| CAPITAL ONE BANK | Unsecured | 345.00 | 446.78 | 446.78 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 172.00 | 367.55 | 367.55 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 5,787.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST/CFNA | Unsecured | NA | 1,412.28 | 1,412.28 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 547.00 | 937.33 | 937.33 | 0.00 | 0.00 |
| EXPRESS FAMILY CARE | Unsecured | 403.17 | NA | NA | 0.00 | 0.00 |
| FIDELITY BROKERAGE SERVICES | Secured | 2,605.79 | NA | NA | 0.00 | 0.00 |
| FIDELITY BROKERAGE SERVICES | Secured | 15,844.51 | NA | NA | 0.00 | 0.00 |
| FLAGSHIP CREDIT ACCEPTANCE | Secured | 35,942.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,428.31 | 3,442.36 | 3,442.36 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 2,438.90 | 2,438.90 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,929.00 | 2,274.51 | 2,274.51 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 879.00 | 1,067.06 | 1,067.06 | 0.00 | 0.00 |
| NORDSTROM SIGNATURE VISA | Unsecured | 1,980.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,099.00 | 3,390.55 | 3,390.55 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,450.00 | 1,796.96 | 1,796.96 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 854.00 | 1,083.76 | 1,083.76 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 785.00 | 1,002.05 | 1,002.05 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 597.00 | 840.85 | 840.85 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 104.00 | 258.97 | 258.97 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 2,056.00 | 2,829.55 | 2,829.55 | 0.00 | 0.00 |
| T MOBILE USA INC | Unsecured | 686.00 | 686.32 | 686.32 | 0.00 | 0.00 |
| T MOBILE USA INC | Unsecured | NA | 106.06 | 106.06 | 13.07 | 0.00 |
| TREASURER ROANOKE COUNTY | Priority | 653.62 | 542.95 | 542.95 | 66.90 | 0.00 |
| US BANK/RMS CC | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,213.00 | 1,270.27 | 1,270.27 | 0.00 | 0.00 |
| VETERINARY TEACHING HOSP | Unsecured | 513.19 | NA | NA | 0.00 | 0.00 |
| VIRGINIA DEPARTMENT OF TAXATIO | Unsecured | NA | 28.32 | 28.32 | 0.00 | 0.00 |
| VIRGINIA DEPARTMENT OF TAXATIO | Priority | 133.38 | 100.96 | 100.96 | 12.44 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK | Secured | 2,647.00 | 2,731.77 | 2,731.77 | 104.85 | 181.57 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $26,877.18 | $1,453.65 | $1,794.21 |
| All Other Secured | $2,731.77 | $104.85 | $181.57 |
| **TOTAL SECURED:** | **$29,608.95** | **$1,558.50** | **$1,975.78** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $643.91 | $79.34 | $0.00 |
| **TOTAL PRIORITY:** | **$643.91** | **$79.34** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,680.43** | **$13.07** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,873.31 |
| Disbursements to Creditors | $3,626.69 |
| **TOTAL DISBURSEMENTS :** | **$8,500.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/19/2021  By: /s/ Christopher Micale
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

## CERTIFICATE OF SERVICE

I, Christopher Micale, Chapter 13 Trustee of the within case, do herby certify that on this 19th day of January, 2021, I caused one copy of the within Trustee's Final Report to be served on the following:

UNITED STATES MAIL/EMAIL, POSTAGE PREPAID

RICKY G. KEISTER
1372 CRUCTCHFIELD ST
ROANOKE, VA,   24019

Debtor(s)

SENT BY ELECTRONIC MAIL

GILES AND LAMBERT PC
PO BOX 2780
ROANOKE, VA  24001

/s/ Christopher Micale
Christopher Micale
15 SALEM AVE SE STE 300
ROANOKE, VA  24011
(540)342-3774
Chapter 13 Trustee

**UST Form 101-13-FR-S (9/1/2009)**